**FILED**
Nov 04, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00170-DAD-BAM |
| Plaintiff, | ORDER UNSEALING INDICTMENT |
| v. | |
| KYLE WAYNE SMITH, et al., | |
| Defendants. | |

The United States having applied to this Court for the indictment and arrest warrants in the above-captioned proceedings to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and the arrest warrants having been executed and the need for sealing now having ceased;

IT IS ORDERED that the unredacted indictment and arrest warrants filed in the above-entitled matter shall be unsealed

Dated: November 4, 2021

HON. ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

1