PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO CARRANZA-HERNANDEZ,<br><br>Defendant. | CASE NO. 1:20-CR-00170-DAD-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE, SET CHANGE OF PLEA HEARING, AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 26, 2022, and time was excluded from September 14, 2022, to October 26, 2022.

2. By this stipulation, the parties now move to vacate the status conference and set this case for a change of plea hearing on October 11, 2022. No time exclusion is required since time is already excluded through October 26, 2022.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  September 26, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  September 26, 2022

/s/ Nicholas Reyes
Nicholas Reyes
Counsel for Defendant
Mario Carranza-Hernandez

## **ORDER**

IT IS SO ORDERED that the status conference set for October 26, 2022, is vacated. A change of plea hearing is set for **October 11, 2022, at 8:30 a.m. before District Judge Ana de Alba**.  Time was previously excluded through October 26, 2022.

IT IS SO ORDERED.

Dated:   **September 26, 2022**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE